

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Phyllis Gwen Pruitt, Appellant

No. 06-14-00217-CR        v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 44139-B). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by replacing "481.115(c)" with "481.115(b)" to reflect conviction under the correct statute. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Phyllis Gwen Pruitt, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 5, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk